**People of the State of Illinois, Plaintiff-Appellee, v. Willard McLaurin, Defendant-Appellant.**

**Gen. No. 52,018.**

First District, Third Division.

November 14, 1968.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Chester P. Majewski and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Edward Stasukaitis, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.